**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

---

In Re:

Fairport Baptist Homes

Debtor(s)

Case No.: 2−22−20220−PRW
Chapter: 11

---

Official Committee of Unsecured Creditors of Fairport Baptist Homes, et al. on behalf of the Debtors

Plaintiff(s)

v.

HealthDirect Institutional Pharmacy Services, Inc.

Defendant(s)

A.P. No.: 2−24−02005−PRW

---

# DEFICIENCY NOTICE

Docket # ***9*** − Motion for Default Judgment /Notice of Motion for Entry of Fact of Default and Judgment by Default (Attachments: # 1 Exhibit A − Zachary Brandwein Affidavit # 2 Proposed Order) Filed on behalf of Plaintiff Official Committee of Unsecured Creditors of Fairport Baptist Homes, et al. on behalf of the Debtors (Helman, Andrew)

**PLEASE TAKE NOTICE** that the document(s) above contains deficiencies:

[ ] Remove ALL reference to a telephonic hearing and include the complete and correct hearing location.

[ ] Supplemental 2016(b) statement must be filed if professional fees are requested.

[ X ] Signature or Electronic Equivalent is missing on the Notice of Motion.

[ ] Cover Sheet:

[ X ] The motion papers reference an incorrect Bankruptcy Case number.

[ ] Notice of Motion: Incorrect Hearing **[ ]** DATE; **[ ]** TIME; **[ ]** LOCATION.

[ X ] Certificate of service: The Motion fails to comply with the service requirements pursuant to the Court's Standing Order regarding Judge Warren's Negative Notice procedures.

[ ] Proposed Order:

[ X ] Other: Pursuant to In Re Blakesly (Lustig v. Blakesley), 2021 Bankr. Lexis 3437, a motion under Judge Warren's Negative Notice procedures must be filed. Counsel is directed to the Bankruptcy Court's website to review Judge Warren's motion practice requirements regarding requests for default judgments.

**ADDITIONAL INFORMATION:** *Please consult the Court's website for* <u>*available hearing dates.*</u> <u>Click here</u> for Motion Practice and Scheduling Guidelines.

[ X ] This motion **WILL NOT** be considered by the Court.

[ X ] To efile, **Adversary** > **Motions** > **AMENDED MOTION**. Link to the original motion.

[ ] To efile, **Adversary** >

***Questions regarding this notice should be directed to the Rochester Clerk's Office at 585−613−4200.**

Date: December 13, 2024

Lisa Bertino Beaser, Clerk of the Bankruptcy Court
By: A. Andrews, Deputy Clerk

Form defymtn/Doc 11
www.nywb.uscourts.gov